

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 25, 2024

**BY ECF**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Conference adjourned to 7/30/24 at 2:15 pm. The time between now and then is hereby excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendants in a speedy trial because it will enable the parties to continue and possibly conclude discussions regarding a potential disposition without trial.

SO ORDERED.

6/25/24

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

**Re: *United States v. Glenroy Walker and Howard Levy*, 23 Cr. 662 (CS)**

Dear Judge Seibel:

    The parties in the above captioned case respectfully submit this joint request for an adjournment of the status conference scheduled for June 26, at 4:00 p.m. The Government has extended plea offers to both defendants, and an additional thirty days will allow the parties to continue to negotiate and potentially finalize the plea agreements.

    If the Court grants the parties' request for an adjournment, the Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and the date of the rescheduled conference. The ends of justice served by the exclusion of time outweigh the best interests of the public and the defendants in a speedy trial because, among other things, the exclusion of time will better assure the parties' attendance and allow the defendants to review discovery and the parties to discuss a resolution in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: /s/ Jared Hoffman
Jared Hoffman
Derek Wikstrom
Assistant United States Attorneys

cc:    Benjamin Gold, Esq. (by ECF and Email)
        Sean Maher, Esq. (by ECF and Email)