UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:   Order of Restitution
   - v. -
:   S4 23 Cr. 662 (CS)
GLENROY WALKER,
:
          Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Jared D. Hoffman, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Counts One through Five of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

    **1.**   **Amount of Restitution**

      GLENROY WALKER, the defendant, shall pay restitution in the total amount of $4,684,808.33, pursuant to 18 U.S.C. § 3663 and 18 U.S.C. § 3663A, to the victim of the offenses charged in Counts One and Two, the U.S. Small Business Administration ("SBA"):

    SBA/DFC
    721 19th St., 3rd Floor
    Room 301
    Denver, CO 80202

Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

    **A.**   **Joint and Several Liability**

      Restitution is joint and several with the following defendants in the following cases:

2025.02.20

*United States v. Donnat Powell*, 23 Cr. 315 (VB): joint and several in the amount of $148,000;

*United States v. Gary Wheeler*, S1 23 Cr. 662 (CS): joint and several in the amount of $412,375.00;

*United States v. Norma Getten*, S2 23 Cr. 662 (CS): joint and several in the amount of $144,474.00; and

*United States v. Howard Levy*, 23 Cr. 662 (CS): joint and several in the amount of $4,684,808.33.

The defendant's liability to pay restitution shall continue unabated until the SBA has been paid a total of $4,684,808.33 from all the restitution paid by the defendant, Donnat Powell, Gary Wheeler, Norma Getten, and Howard Levy.

Restitution is not joint and several with other defendants or with others not named herein.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of not less than the greater of $250 *OR* at least 15 [handwritten, replacing 10] percent of the defendant's gross income, payable on the 15th of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be

made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n).

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

**3.    Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

**4.    Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.  **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

_____        9/12/25
HONORABLE CATHY SEIBEL              DATE
UNITED STATES DISTRICT JUDGE